AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>GAVIN RIVERS WEISENBURG<br><br>*Defendant(s)* | )<br>)<br>) **SEALED**<br>) Case No.<br>)     4:25-MJ-174<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August or September 2024__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e) | Sexual Exploitation of Children a/k/a Production of Child Pornography<br>Conspiracy to Sexually Exploit Children a/k/a Conspiracy to Produce Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jerrod McCormick, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 41 by telephone.

Date: _____

07/01/2025
16:32:25
*Judge's signature*

City and state: Plano, Texas

Bill Davis, United States Magistrate Judge
*Printed name and title*