IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | NO. 4:25-CR-229 |
| v. | | JUDGES Mazzant |
| TANNER CHRISTOPHER THOMAS (02) | | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

The petitioner, United States of America, respectfully shows:

The defendant, **Tanner Christopher Thomas**, was charged by indictment on November 20, 2025, with violations of 18 U.S.C. § 956 (Conspiracy to Kill or Kidnap Person in a Foreign Country) and 18 U.S.C. §§ 2251(a) and (e) and 2 (Sexual Exploitation of Children a/k/a Production of Child Pornography; Aiding and Abetting).

The government respectfully requests The Court order the defendant to be in the United States District Court at Sherman, Texas, on November 24, 2025, for an initial appearance before a United States Magistrate Judge.

Therefore, petitioner requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal for the Eastern District of Texas or another federal law enforcement agency, and the United States Air Force Office of Special Investigations, at Fort Hood, Texas, to produce the body of said **Tanner Christopher Thomas**, before this Honorable Court at Sherman, Texas, on November 24, 2025, for the stated purpose as duly ordered by this Court.

Petition for Writ – Page 1

Respectfully Submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College Avenue, Suite 700
(903) 590-1400
Ryan.Locker@usdoj.gov