11891266

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4:25cr229-2 |
| Tanner Christopher Thomas | ) | |
| | ) | |
| | ) | |
| | ) | **3:05 pm Nov 20, 2025** |
| Defendant | ) | **RECEIVED** |

**EASTERN DISTRICT OF TEXAS**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Tanner Christopher Thomas                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felony - Count 1 = 18 U.S.C. § 956 (Conspiracy to Kill or Kidnap Persons in a Foreign Country)
Felony - Count 2=18 U.S.C. §§ 2251(a) & (e) and 2 (Sexual Exploitation of Children a/k/a Production of Child Pornography; Aiding and Abetting )

Date:    11/20/2025

_David A. O'Toole_
*Issuing officer's signature*

City and state:    Sherman, Texas

David A. O'Toole, Clerk
*Printed name and title*

---

### Return

This warrant was received on (date)   11/20/2025, and the person was arrested on (date)   11/20/2025
(city and state)   Belton, TX       .

Date:  11/21/2025

_Katie Preston_
*Arresting officer's signature*

Katie Preston, Special Agent
*Printed name and title*